**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7439**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

      v.

JOHN MAURICE HENOUD, a/k/a John Harvey, a/k/a J.M. Harvey,
a/k/a J.M. Hardey, a/k/a Jerry Geohn Davidson,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Jerome B. Friedman, District
Judge.  (2:04-cr-00004-JBF-1)

_____

Submitted:  March 19, 2008          Decided:  April 7, 2008

_____

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Maurice Henoud, Appellant Pro Se. Michael Calvin Moore,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Maurice Henoud appeals the district court's order denying his motion to compel the return of a computer hard drive seized as evidence pursuant to Fed. R. Crim. P. 41(g). We review the denial of a Rule 41(g) motion for return of property for an abuse of discretion. <u>United States v. Chambers</u>, 192 F.3d 374, 376 (3d Cir. 1999). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court.[*] <u>See</u> <u>United States v. Henoud</u>, No. 2:04-cr-00004-JBF-1 (E.D. Va. filed Sept. 10, 2007; entered Sept. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]We also deny without prejudice Henoud's request that this court direct the district court to consolidate his various cases that are or may be pending; Henoud should seek such relief in the first instance from the district court.

- 2 -